IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW CAUGHEY,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BRIDGECREST ACCEPTANCE CORPORATION** and **BRIDGECREST CREDIT COMPANY, LLC.,**<br><br>Defendants. | 2:23cv264<br>**Electronic Filing** |

## MEMORANDUM ORDER

Matthew Caughey ("Plaintiff") commenced this consumer protection class action in the Court of Common Plea of Allegheny County alleging defendants were charging and collecting "pay-to-pay" fees and excess interest on a motor vehicle installment sales contract in violation of Chapter 62 of Pennsylvania's Consumer Credit Code, 12 Pa. C. S. § 6201, *et seq.* Defendants removed the action on February 17, 2023. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D. After a stay, the case was reassigned to United States Magistrate Judge Christopher B. Brown on July 3, 2024, following Judge Eddy's retirement.

The Magistrate Judge's Report and Recommendation (ECF No. 60) filed on October 29, 2025, recommended that defendant's motion for judgment on the pleadings be denied in part with prejudice and denied in part without prejudice. Specifically, it recommended that defendants' motion for judgment on the pleadings as to plaintiff's claim of a violation under Pennsylvania's Unfair Trade Practices and Consumer Protection Law ("UTPCPL"), 73 P.S. §§ 201-1 *et seq.*, be

denied; and as to plaintiff's claim under the gist of the action doctrine, be denied without prejudice to "reassert upon a completed factual record." The parties were informed that objections to the Report and Recommendation were due by November 12, 2025. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 12th day of January, 2026,

IT IS ORDERED that [49] Defendants Bridgecrest Acceptance Corporation and Bridgecrest Credit Company's motion for judgment on the pleadings be, and the same hereby is, denied in part with prejudice and denied in part without prejudice. The motion is denied as to the facial challenge to plaintiff's UTPCPL claim as plaintiff adequately has alleged deceptive conduct and justifiable reliance. The motion is denied as to the gist of the action doctrine without prejudice to renew any arguments raised in conjunction therewith pursuant to a summary judgment motion filed after the close of discovery and in accordance with the court's pretrial orders.

The [60] Report and Recommendation of Magistrate Judge Brown dated October 29, 2025, is adopted as the opinion of the Court.

s/David Stewart Cercone  
David Stewart Cercone  
Senior United States District Judge

cc: Helen Chandler Steiger, Esquire
Kevin Ambromowicz, Esquire
Kevin W. Tucker, Esquire
Stephanie Moore, Esquire
Justin J. Kontul, Esquire
Alex Mahfood, Esquire
Perry A. Napolitano, Esquire

(*Via CM/ECF Electronic Mail*)