IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| MATHEW CAUGHEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGECREST ACCEPTANCE CORPORATION, and BRIDGECREST CREDIT COMPANY, LLC,<br><br>Defendants. | Civil Action No. 2:23-cv-00264 |

## JOINT NOTICE OF DISMISSAL

Plaintiff Mathew Caughey and Defendants, Bridgecrest Acceptance Corporation and Bridgecrest Credit Company, LLC, being all the parties in the above-captioned action, hereby notify the Court of the dismissal of this action with prejudice, including all claims, with each party to bear their own costs.

DATE: February 16, 2026

/s/ Kevin Abramowicz
Kevin Abramowicz (Pa. I.D. No. 320659)
Kevin Tucker (Pa. I.D. No. 312144)
Stephanie Moore (Pa. I.D. No. 329447)
Kayla Conahan (Pa. I.D. No. 329529)
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
Tel. (412) 223-5740
kabramowicz@eastendtrialgroup.com
ktucker@eastendtrialgroup.com
smoore@eastendtrialgroup.com
kconahan@eastendtrialgroup.com

*Counsel for Plaintiff*

- 2 -

/s/ *Andrew K. Stutzman*
Andrew K. Stutzman (Pa. I.D. No. 72922)
Christopher A. Reese (Pa. I.D. No. 308939)
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
F: (215) 564-8120
astutzman@stradley.com
creese@stradley.com

*Counsel for Defendants*

**SO ORDERED:**               s/David Stewart Cercone
Dated: February 18, 2026      David Stewart Cercone
                              Senior U.S. District Court Judge

- 2 -